UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**

JAN - 3 2007

JOHM M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Milton Jenkins
_____
Plaintiff(s)

vs.

Gres Simpson
Red Lobster
Darden Corporation
Gordon White
Patrick Walsh
~~[scribbled out]~~
_____
Defendant(s)

Case No: 07-2002

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

(✓) YES

( ) NO

B. If your answer is YES, describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner (s) _____

_____

_____

Page 2

Respondent (s) _____

_____

_____

2. Location of EEOC office that handled your charge Chicago District Office 500 West Madison Suite 2800

3. Docket or case number of your charge: 440-2007-00302

4. Disposition (what was the final result of your charge): The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statues. This does not certify that the respondent is in compliance with the statues. No finding is made as to any other issues that might be construed as having been raised by this charge.

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

(✓) YES

( ) NO

6. Date of filing charge before EEOC: 09-04-2006

7. Date of disposition by EEOC: 11-29-2006

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

( ) YES

(✓) NO

2

Page 3

    B. If your answer is YES, describe each legal proceeding:

        1. Parties to the previous legal proceeding:
           Plaintiff(s) or petitioner(s) _____

           _____

           _____

           Defendant(s) or respondent(s) _____

           _____

           _____

        2. Name of court or agency: _____

           _____

           _____

        3. Docket or case number: _____

        4. Name of the judge or hearing officer: _____

           _____

        5. Disposition (for example: Was the case dismissed?
           Who won? Was there an appeal? Is the appeal pending
           or final? _____

           _____

           _____

           _____

        6. Date of beginning previous proceeding:_____

        7. Date of disposition of proceeding:_____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        ( ) NO

III.    **PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION**

    A.    Plaintiff(s)

    1. Your full name _Milton Glenn Jenkins_

    2. Your address _609 E Columbia Champaign, IL 61820_

    3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): _____

(Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (✓) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

    1. Full name (individual or firm): _Greg Simpson_

4

2. Business address: 1901 N. Prospect Avenue Champaign, IL 61822

3. Job position (if individual) Culinary Manager

_____

4. Status as an entity (if defendant is a business firm):

(✓) Corporation

( ) Partnership

( ) Sole Proprietorship

( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): Gordon White 1901 N. Prospect Avenue Champaign IL 61822

_____

(Use a separate sheet if necessary; label it clearly if so)

D.   Have you attached a separate sheet naming other defendants?

( ) YES

(✓) NO

5

Page 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

    A. Were you:
        ( ) Not hired?
        (✓) Discharged?
        ( ) Suspended?
        ( ) Demoted?
        ( ) Denied Promotion?
        ( ) Denied Wage Increases?
        ( ) Other (please specify) _____

    B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

Gordon White said Nigger bubb right behind my back. They would tell me to come through the back door, they would all go through the front I would be left out. They said harrassing words through the intercome. I would come in and they would say they would clock me in and when I would come out I would not be clocked in and they said I must have made someone mad. I was not train properly. We did not use recips meny but word of mouth and this would change the measurement to confuse me. I was fired because they did not need people like me in there company I told Greg Simpson my trainer was harrasing me He said that he would check into it but that was the reason I was fired because of complaining of wrong treatment in my opinion and also rate.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V. <u>RELIEF YOU REQUEST</u>

Check below what you want the court to do for you. You may make as many checks as you like.

(✓) Should you prevail in this lawsuit, award you back pay.

( ) Should you prevail in this lawsuit, reinstate you in your old position.

(✓) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

( ) Other _This put me in a bad position that cost me Mental Anguish I would like to be Awarded Damage fee of 115 million dollars_

VI. <u>JURY DEMAND:</u>

(✓) YES          ( ) NO

Signed this __12__ day of __03__, 20__07__.

_____
(Signature of Plaintiff or Plaintiffs)

ADDRESS: _609 East Columbia Champaign, IL 61820_

PHONE NO. _(217) 721-2941_

7

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Milton Jenkins<br>609 E. Columbia<br>Champaign, IL 61820 | From: | Chicago District Office - 440<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL NO.:** 7001 0320 0005 9832 5560

[ ] On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-00302 | Nanisa Pereles,<br>Investigator | (312) 353-8739 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

John P. Rowe,
District Director

11/29/2006
*(Date Mailed)*

Enclosures(s)

cc: **RED LOBSTER**