# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MILTON G. JENKINS, ) | |
| ) | |
| Plaintiff, ) | No. 07-2002 |
| ) | |
| v. ) | Judge McCuskey |
| ) | |
| GREG SIMPSON, RED LOBSTER, ) | Magistrate Judge Bernthal |
| DARDEN CORPORATION, GORDON ) | |
| WHITE and PATRICK WALSH, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, MOTIONS TO STAY AND COMPEL ARBITRATION

Defendants GMRI, Inc. (improperly named as "Red Lobster" and "Darden Corporation") d/b/a Red Lobster, Greg Simpson, Gordon White and Patrick Welch (improperly named as "Patrick Walsh"), by and through counsel and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, hereby move the Court for an Order dismissing this action or, in the alternative, staying this action and compelling Plaintiff to submit his claims to mandatory arbitration. For cause, Defendants state that all claims asserted by Plaintiff are subject to a mandatory Dispute Resolution Procedure ("DRP") providing for binding arbitration and that this procedure is a valid arbitration agreement under the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* As such, the Complaint should be dismissed in its entirety or, alternatively, under 9 U.S.C. § 3, the Court should stay this action and compel Plaintiff to submit to binding arbitration in accordance with the agreement of the parties. In support of this Motion, Defendants submit the Affidavit of Alexis C. Roberts (attached as *Exhibit 1*),[1] a Memorandum of

---
[1] Attachments to *Exhibit 1* include:

Law, which is incorporated herein by reference, the American Arbitration Association's Employment Arbitration Rules and Mediation Procedures (*Exhibit* 2), unreported cases cited in this memorandum (*Exhibit 3*), and a proposed Order for the Court (*Exhibit 4*).

WHEREFORE, Defendants respectfully request the Court to issue an Order dismissing Plaintiff's complaint in its entirety or, alternatively, staying this action and ordering that Plaintiff's claims be submitted to binding arbitration in accordance with the parties' Dispute Resolution Procedure.

Respectfully submitted,

By: s/ Craig R. Thorstenson
Craig R. Thorstenson (#6198153)
Attorney for Defendants
FORD & HARRISON LLP
55 East Monroe Street, Suite 2900
Chicago, IL  60603
Telephone: (312) 332-0777
Facsimile: (312) 332-6130
Email: Cthorstenson@fordharrison.com

AND

Delaine R. Smith, TN Bar No. 15027
Emily Pera, TN Bar No. 023830
FORD & HARRISON LLP
795 Ridge Lake Boulevard, Suite 300
Memphis, Tennessee  39120
Telephone:    (901) 291-1500
Facsimile:    (901) 291-1501

Counsel for Defendants

| | |
|---|---|
| Exhibit A | DRP booklet |
| Exhibit B | Red Lobster poster explaining the DRP |
| Exhibit C | Plaintiff's signed Employment Application and Acknowledgment of DRP |
| Exhibit D | Plaintiff's signed booklet Acknowledgement form for DRP booklet. |
| Exhibit E | Plaintiff's signed Acknowledgment form for employee handbook, "Getting Ready to Make Wraves." |
| Exhibit F | Relevant portions of "Getting Ready to Make Wraves." |

CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2007, I presented the foregoing Motions to Dismiss or, alternatively, Motions to Stay and Compel Arbitration to the Clerk of the Court for filing and uploading to the CM/ECF system.  I also hereby certify that on March 6, 2007, I mailed by United States Postal Service the foregoing to the following non CM/ECF participants: <u>Plaintiff *Pro Se* Milton G. Jenkins, 609 East Columbia, Champaign, Illinois  61820</u>.

<u>s/ Craig R. Thorstenson</u>
Craig R. Thorstenson (#6198153)
Attorney for Defendants
FORD & HARRISON LLP
55 East Monroe Street, Suite 2900
Chicago, IL  60603
Telephone: (312) 332-0777
Facsimile: (312) 332-6130
Email: Cthorstenson@fordharrison.com

MEMPHIS:170440.1